THE STATE, EX REL. BROWN, ATTY. GEN., *v.* INTERNATIONAL UNIVERSITY, U. S. A.

(No. 77-998—Decided December 4, 1978.)

*Mr. William J. Brown,* attorney general, and *Mr. Thomas V. Martin,* for relator.

*Per Curiam.* Respondent has failed to file an answer to relator's complaint within 28 days of service of the summons and complaint upon it as required by Civ. R. 12(A)(1). Judgment by default is therefore granted pursuant to Civ. R. 55(A), and the writ prayed for allowed.

*Writ allowed.*

LEACH, C. J., HERBERT, CELEBREZZE, W. BROWN, P. BROWN, SWEENEY and LOCHER, JJ., concur.